IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DOUGLAS LUCAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NCO FINANCIAL SYSTEMS, INC.: TRUSTEE(S), THE NATIONAL COLLEGIATE MASTER STUDENT LOAN TRUST I,<br><br>　　　　Defendants. | No. CV14-1266 PHX DGC<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the parties' stipulation. (Doc. 36).

**IT IS ORDERED** that the stipulation (Doc. 36) is **granted.** The above-referenced case is dismissed with prejudice and without an award of costs or fees to any party.

Dated this 16th day of March, 2015.

_David G. Campbell_
United States District Judge